United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERT GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-04377 |
| § | |
| LIFE INSURANCE COMPANY OF § | |
| NORTH AMERICA, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Unopposed Motion to Dismiss with Prejudice. Doc. #11. Plaintiff and Defendant have settled all claims against each other. In accordance with the parties' Motion and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be DISMISSED with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

It is so ORDERED.

MAR 0 3 2023
Date

The Honorable Alfred H. Bennett
United States District Judge